CHARACTER REFERENCE LETTER FOR COURT

Your Honor,

I have known Albert Suniga since he was born. Albert and his parents lived close to me in Austin Texas, for years. He is a great uncle to my kids growing up with my children, and he regularly visits his parents and will come over to talk with me about numerus things.

During this time, I have found Albert to be an honest and trustworthy person. I trusted him to look after my kids and collect my mail while I was on holiday.

Abert Suniga has always been a great kid growing up, somehow, he managed to finish his education moved away to college and started a new career.

Abert has held a few different jobs since he finished his education but seems to have settled into a good job over the last several years he got married and was hoping he could start his own family.

Albert has told me he has been charged with willful charges. He said this was because he was depressed and was not thinking correctly, Albert mentioned to me that he was so sorry for not seeking help during that difficult time and became agitated.

Albert Suniga is a great person And I pray to GOD that he comes out and help others in the community that are in the same situation as he was.

Albert has told he is embarrassed and ashamed about the incident and does not

normally behave in thatmanner. He also said he was willing to do what needs to be done to prove he will change and become a better person in the years to come.

Yours Sincerely,

*[signature]* — 2/19/24

March 2, 2024

To whom it may concern:

I am writing this character letter for Albert Suniga. I understand and are aware of the seriousness of the charges he is facing. I know Albert (Alby) is so very remorseful and repentful for his actions and for the pain he has caused everyone.

I have known Alby for more than 16 years. He is my son's uncle. His brother is my son's father. Although we are no longer together and I have been married since 2012. His mother and stepdad and my family are very close. Alby has always shown us (my son, daughter, husband, and I) nothing but love, respect, and compassion. He is a very caring and very generous person. I have always trusted him around my children (his nephew and niece). He has stayed in our home and my son loves his uncle very much. This is not the Albert we know and love. I know he has found God again. He was in a dark place because his heart and mind were severely broken.

Thank you for reading my character letter and I hope and pray you take it under consideration when sentencing Alby.

Respectfully,

*Cassie Jacinto*

Cassie Jacinto
2814 Corrida Ct.
Grand Prairie, TX 75052

April 8, 2024

To Whom It May Concern:

I am writing on behalf of Albert Suniga with the hopes I may shed light on his character. Albert and I have spoken very often during his incarceration and I know that he has accepted responsibility for his actions and understands the seriousness and what may lay ahead because of those actions. Albert is so contrite about his actions.

I have always told my children it is better to tell me the truth. Albert is my youngest son and we have always been close for the fact that when he was born, it was, he who gave me the courage to leave an abusive relationship. I did not want him growing up with such constant strife. He needed to feel safe and at peace. Albert is a peaceful person who helps anyone who may need help. He has helped his aunt when she needed a computer, he built it for her. When his uncle need assistance with paying his mortgage, he gave, not loaned him the money.

His fall from grace came from the inability to ask for help when life was turned upside down when his now ex-wife decided to terminate her pregnancy without his approval, who then turned around later in their married life, bore another man's child while they were still married. People with mental health issues have difficulty realizing they need help. Albert lost his ability to cope with life.

Albert has always worked hard and while he has not finished college, he is very capable of succeeding in college.

Albert comes from loving, caring and very faithful family. While we do not sugar-coat his actions, we are and will continue to support Albert in every possible way.

I appreciate you taking the time and consideration to read this letter with the hopes it will help you make the difficult decision set before in regards to Albert's life.

Respectfully,

Josephine Valenzuela

July 31, 2024

To Whom It May Concern:

I am writing this character letter for my little brother, Albert Suniga in hopes to give you an insight as to who Albert really is because I know his real character. Now I understand the seriousness of the charges, just as Albert understands them and I understand the possibility of the sentence it carries. I know my brother is remorseful and ashamed of what he did, but I know him and have cared for him since he was born.

Growing up with my little brother Albert we had the typical brother relationship and as we got older, we got closer. Even after I left the house to roam the streets or live with my dad, Albert would always check up on me. As we got older, we saw each other every so often because we both worked and lived in different areas of Austin. We did have some mutual friends but my brother was never the party type. He was always the responsible one, the designated driver, or the one his friends would call when they did not have a ride or could not drive. Albert was more into saving money and building a future being a model citizen.

When he brought the only girl to meet my mom, he told us he was getting married. It was around the time our dad had fallen ill. I was living with my dad but he could not work so he was being evicted. My mom and stepdad opened their home to him and Albert and his fiancé could care for him. Albert was living on his own prior to moving in to take care of our dad. He had always been responsible, so we all questioned him regarding marrying someone he barely knew. Albert is a kind-hearted person who will help anyone in need. Albert was so in love with this woman and we could not change his mind. He knew he wanted to be with her. See the thing is my brother has a good soul, he is a good person and he is loved by many. Our family is devastated and broken by his actions, but we are a family and will stand by him because we know him. He deserves leniency, he is not a violent criminal. I know his divorce is his heart break that led him astray from the light. He trusted without reservation and was broken.

Albert would give you the shirt off his back if you needed it. He is so loved and missed by everyone. My son visits my mom and stepdad every summer. Albert would come by and pick him up and they would go to place games at the arcade, baseball games, games online, just hangout. He has always been good not only to my son but to our nephews and nieces. If I could take his place, I would. We are all praying for him to be with us. I know and can guarantee he will never find himself in this situation again.

Thank you for reading and considering my character letter for my brother Albert.

Respectfully,

Marcelino S. Suniga, II

To Whom It May Concern:

I am writing this character letter for my nephew, Albert Suniga. I completely understand the seriousness of the charges and that some time in prison may be required. I hope that my letter will help Albert in showing leniency from the court.

My nephew, Albert, is kind, generous and truthful. Albert has a huge heart and many people take advantage of his sweetness. I am not a very tech-savvy person, so when I needed help with my laptop, I called Albert. Mind you he was busy with his own job, but he told me he would come over after work and see what was going on with my computer. He came over and he inspected my computer and said the hard drive was out. I guess I am going to need to buy another computer, I told him. Albert knows I live on a limited income. He offered to build me a computer for free. He purchased all the parts and built a computer for me. He set it up and helped me to salvage my documents.

Albert has many qualities about him. He has never met a stranger. If you were stranded and you called him up, he would go and help you, whether it be gas money, give you a lift, or take you home. When my son (his cousin) was homeless and living under a bridge near his apartment complex, Albert would let him come in, take a shower and give him food to eat.

I know Albert made a grave error after his marriage failed. He was, as I mentioned, a very trusting soul. She took advantage of his trust. My sisters and I have always been close. We recently lost a nephew and I know Albert feels this great loss because they were very close. Our children have grown up together.

If Albert is given another chance to be in the outside world, I know he will never take that dark road because he will never lose his faith.

Respectfully,


Mary Sifuentes Salazar  His loving Aunt...God bless my Alby.